## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**STEVEN M. ULRICH,**                    **CASE NO. 3:13-cv-274**

    Petitioner,                    **Judge Timothy S. Black**
                                **Magistrate Judge Michael R. Merz**

    **-vs-**

**WARDEN, Noble Correctional
Institution,**

    Respondent.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 2, 5) of the United States Magistrate Judge are **ADOPTED**; the Petitioner's Objections (Doc. 3) are **OVERRULED**; the Petition (Doc. 1) is **DISMISSED WITH PREJUDICE** and a certificate of appealability under 28 U.S.C. § 2253 is **DENIED**; it is **CERTIFIED** that any appeal would be objectively frivolous; any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **CLOSED** from the docket.

Date: November 4, 2013                    **JOHN P. HEHMAN, CLERK**
                                         By: s/ M. Rogers_____
                                         Deputy Clerk